IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CLARENCE V. KNIGHT,

    Petitioner,

 v.

M. S. EVANS, Warden, et al.,

    Respondents.
                                    /

No. C 08-03546 SBA (PR)

**ORDER GRANTING REQUEST FOR EXTENSION OF TIME FOR PETITIONER TO FILE TRAVERSE**

    Petitioner, a state prisoner, filed a pro se petition for a writ of habeas corpus.  The Court directed Respondent to file an answer to the petition and granted Petitioner leave to file a traverse. Respondent has filed an answer.  Petitioner now moves for an extension of time to file a traverse. Good cause appearing, the request is GRANTED.  Petitioner shall file a traverse by **October 15, 2009**.

    This Order terminates Docket no. 7.

    IT IS SO ORDERED.

DATED: 9/30/09

                                                SAUNDRA BROWN ARMSTRONG
                                                UNITED STATES DISTRICT JUDGE

United States District Court
For the Northern District of California

Order Granting Request for Extension of Time for Petitioner to File Traverse
P:\PRO-SE\SBA\HC.08\Knight3546.EOT-Traverse.wpd

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

CLARENCE,

        Plaintiff,

v.

KNIGHT-V-M.S. EVANS et al,

        Defendant.

Case Number: CV08-03546 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 2, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Clarence V. Knight C-07508
Salinas Valley State Prison
P.O. Box 1050
Soledad, CA 93960

Dated: October 2, 2009

        Richard W. Wieking, Clerk
        By: LISA R CLARK, Deputy Clerk