**United States District Court**
**For the Northern District of California**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CLARENCE V. KNIGHT, | No. C 08-03546 LHK (PR) |
| Petitioner, | **JUDGMENT** |
| v. | |
| M. S. EVANS, Warden, | |
| Respondent. | |

The petition having been denied, the Court hereby enters judgment in favor of Respondent.

**IT IS SO ORDERED**.

DATED: January 25, 2011

*Lucy H. Koh*
LUCY H. KOH
United States District Judge